IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Cr. A. No. 06-113 |
| JOSEPH RYCHALSKY, Jr., | : |
| Defendant. | : REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT 1

1. On or about August 5, 2003, defendant JOSEPH RYCHALSKY, JR. ("Rychalsky") filed and caused to be filed in the United States Bankruptcy Court for the District of Delaware a Chapter 7 bankruptcy petition in the proceeding entitled *In re Joseph Rychalsky, Jr.*, Case No. 03-12439 (PJW).

2. On or about September 3, 2003, in the State and District of Delaware, in the case entitled *In re Joseph Rychalsky, Jr.*, Case No. 03-12439 (PJW), defendant JOSEPH RYCHALSKY, JR. knowingly and fraudulently made and caused to be made the following material false declaration and statement under penalty of perjury, within the meaning of Title 28, United States Code, Section 1746, in and in relation to a case under Title 11 of the United States Code, to wit, during the scheduled meeting of creditors pursuant to 11 U.S.C. Section 341(a) the following question was posed of defendant RYCHALSKY and he gave the following answer:

Question: Do you have a claim against anyone for an injury like involving in a car accident or anything like that?

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Defendant's Answer: No

whereas, in truth and in fact, as defendant RYCHALSKY then and there well knew, he did have a claim as the result of injuries sustained in an automobile accident which occurred on or about June 5, 2002, all in violation of Title 18, United States Code Sections 152(3) and 2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: October 12, 2006