AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Joseph Rychalsky, Jr.<br><br>(Name and Address of Defendant)<br><br>REDACTED | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR 06-113 (UNA) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | October 26, 2006 at 1:00 P.M. |

** Please report to the U.S. Marshal's office Rm #100 by NOC

To answer a(n)
X Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    152(3) and 2

Brief description of offense:

RECEIVED 2006 OCT 18 A 10:09

BANKRUPTCY FRAUD

FILED OCT 24 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

_Evette Watson_, Deputy Clerk        October 17, 2006 in Wilmington, DE
Signature of Issuing Officer                                           Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |
| Check one box below to indicate appropriate method of service |
| ☒ Served personally upon the defendant at: *Cert Mail* |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  *10-23-06*
Date

*DW Thomas*
Name of United States Marshal

*BT Fahey*
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: **7004 1160 0006 7939 8678**
Status: **Delivered**

Your item was delivered at 11:59 am on October 19, 2006 in HOCKESSIN, DE 19707.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

