IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

     :

     v.      : Criminal No. 06-113 GMS

     :

JOSEPH RYCHALSKY, JR.

     :

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned

defendant is rescheduled **to Friday, March 16, 2007, at 10:00 a.m.** before the Honorable Gregory

M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street,

Wilmington, DE.


                     /s/ Gregory M. Sleet
                     UNITED STATES DISTRICT JUDGE

January 22, 2007